```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0057--CR (JKS)
                                "USA V JASON DELPRIORE"
                                 DEF 1.1 DELPRIORE, JASON

                Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  06/22/05
            Closed:  NO
No. of Defendants:  1
    MJ Case Number:
               AKA:
   Location status:  Other Custody
        Trial date:
        Terminated:  NO
 Needs interpreter:  NO
 Counsel of record:  Sue Ellen Tatter
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 DELPRIORE, JASON
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:922(g)(1), 924(a)(2) FELON IN POSSESSION OF A FIREARM (F) | Pending |
| 1 - 1 IND | 2 | 18:922(j), 924(a)(2) POSSESSION OF STOLEN FIREARM (F) | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0057--CR (JKS)
                                "USA V JASON DELPRIORE"

                                   For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 06/22/05
            Closed: NO
No. of Defendants: 1


 Document #   Filed      Docket text
 ──────────   ─────      ───────────
 NOTE -  1    06/22/05   [Re: DEF 1] Issued WOA.

    1 -  1    06/22/05   [Re: DEF 1] PLF 1 Indictment.

    2 -  1    06/23/05   [Re: DEF 1] JDR Grand Jury Minutes re WOA to be issued; H/C ad pros to
                         follow; no bail set; def in state custody.

    3 -  1    06/24/05   [Re: DEF 1] PLF 1 motion (petition) for writ of habeas corpus ad
                         prosequendum.

 NOTE -  2    06/28/05   Issued: Writ of H/C Ad Prosequendum re D1.

    4 -  1    06/28/05   [Re: DEF 1] JDR Order granting motion (petition) for writ of habeas
                         corpus ad prosequendum (3-1).  cc: ASUA, USM, UPSO, Def w/USM

 NOTE -  3    07/22/05   [Re: DEF 1] USM Notice of Availability (def available for crt week of
                         7/25).

    5 -  1    07/26/05   [Re: DEF 1] PMP Court Minutes [ECR: Caroline Edmiston] re: Arraignment
                         on Indictment (held 07/26/05); def plead not guilty to counts 1 & 2 of
                         the Indictment; ptms due 08/19/05' meet and confer 08/02/05; cnsl
                         advised of trial date of 09/13/05 at 9:00 a.m. and FPTC of 09/06/05 at
                         11:00 a.m.; defendant detained; Sue Ellen Tatter Appointed. CC: USA,
                         FPD, USM, USPO, USDJ SINGLETON.

    6 -  1    07/26/05   [Re: DEF 1] Financial Affidavit.

    7 -  1    07/26/05   [Re: DEF 1] PMP Order of Detention Pending Trial (held 07/26/05); CC:
                         USA, FPD, USM, USPO.

    8 -  1    07/26/05   [Re: DEF 1] PMP Order regarding preparation for trial (held 07/26/05);
                         cnsl to meet and confer 08/02/05; ptms due 08/19/05. CC: USA, FPD.

    9 -  1    07/26/05   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

   10 -  1    07/26/05   DEF 1 Attorney Appearance of S. Tatter.

   11 -  1    07/27/05   [Re: DEF 1] JKS Minute Order re FPTC set for 9/6/05 at 11:00 a.m.; TBJ
                         set for 9/13/05 at 9:00 a.m.; trial docs due 8/31/05. cc: USA, FPD, USM,
                         USPO, JC, MJ Roberts

   12 -  1    08/18/05   DEF 1 Unopposed motion on shortened time to continue trial w/att aff.

   13 -  1    08/18/05   DEF 1 Unopposed motion on shortened time to cont time for filing PTM's
                         w/att.

   14 -  1    08/18/05   [Re: DEF 1] JKS Minute Order re hrg on def's unoppos mot to cont trial
                         (12-1) set for 8/22/05 at 11:30 a.m. cc: USA, FPD, USM, USPO, MJ Roberts


ACRS: R_RDSDX                As of 12/01/05 at 2:55 PM by GARRY                         Page 1
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0057--CR (JKS)
"USA V JASON DELPRIORE"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 15 - 1 | 08/22/05 | [Re: DEF 1] JKS Court Minutes [ECR: April Karper] re Hrg on Def's Unopposed Mot to Cont Trial (DOC #12) (held 8/22/05); granting motion Unopposed motion on shortened time to continue trial (12-1); TBJ set for 9/13/05 VACATED and reset to 11/29/05 at 9:00 a.m.; FPTC set for 9/6/05 VACATED and reset to 11/28/05 at 9:00 a.m.; crt found excludable delay under 18 U.S.C. Section 3161(h)(8)(B)(iv); def det cont; cc: USA, FPD, USM, USPO, MJ Roberts. |
| 16 - 1 | 11/14/05 | DEF 1 Notice of Intent to change plea. |
| 17 - 1 | 11/16/05 | [Re: DEF 1] JKS Minute Order PCOP hearing is set for 11/22/05 at 3:00 p.m. in Courtroom #4.  cc: AUSA, FPD, USM, USPO, MJ Roberts |
| 18 - 1 | 11/23/05 | [Re: DEF 1] JKS Court Minutes [ECR: April Karper] re Proposed Change of Plea Hrg (held 11/22/05); def changed pleas to guilty on cts 1 and 2 of the Indt; crt accepted pleas; IOS set for 3/8/06 at 10:00 a.m.; def's det cont; FPTC set for 11/28/05 at 11:00 a.m. is vacated, TBJ set for 11/29/05 at 9:00 a.m. is vacated; cc: USA, FPD, USM, USPO, JC, MJ Roberts. |