IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,

    Plaintiff,

    vs.

LOGAN FRANK BUSSA,
DOB: 9/12/1981
APSIN ID: 6717502
DMV NO. 6717502
SSN: 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
ATN: 106-699-878

JASON MARTIN DELPRIORE,
DOB: 4/24/1982
APSIN ID: 6931178
DMV NO. 6925005
SSN: 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
ATN: 108-131-904

LETICIA DELPRIORE,
DOB: 1/6/1979
APSIN ID: 6730092
DMV NO. 6730092
SSN: 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
ATN: 106-699-869

    Defendants.

Case No. 3AN-S04-1580 CR (Bussa, Logan)
Case No. 3AN-S03-12839 CR (Delpriore, Jason)
Case No. 3AN-S04-1581 CR (Delpriore, Leticia)
3AN-S04-0067 SW
3AN-S03-1491 SW
3AN-S03-1529 SW

FILED IN OPEN COURT
Date  2-23-04  DB3

## INDICTMENT

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following counts charge a crime involving DOMESTIC VIOLENCE as defined in AS 18.66.990:  NONE

ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

Exhibit A, State Indictment, Page 1 of 8

Counts 1 - 17  -  AS 11.46.300(a)(1), AS 11.16.100(2)(B)
Burglary in the First Degree
Jason Delpriore  -  001, 004, 007, 008 - 021

Counts 18 - 32  -  AS 11.46.300(a)(1), AS 11.16.100(2)(B)
Burglary in the First Degree
Logan Bussa  -  001 - 015

Count 33  -  AS 11.46.130(a)(1), AS 11.46.190
Theft in the Second Degree By Receiving
Leticia Delpriore  -  001

Count 34  -  AS 11.46.130(a)(1), AS 11.16.100(2)(B)
Theft in the Second Degree
Jason Delpriore  -  002

Count 35  -  AS 11.46.130(a)(1), AS 11.16.100(2)(B)
Theft in the Second Degree
Logan Bussa  -  016

Counts 36 - 42  -  AS 11.46.130(a)(2), AS 11.16.100(2)(B)
Theft in the Second Degree of Firearms
Jason Delpriore  005, 022 - 027

Counts 43 - 48  -  AS 11.46.130(a)(2), AS 11.16.100(2)(B)
Theft in the Second Degree of Firearms
Logan Bussa  -  017 - 022

Counts 49 - 58  -  AS 11.46.482(a)(1), AS 11.16.100(2)(B)
Criminal Mischief in the Third Degree
Jason Delpriore  -  003, 006, 028 - 035

Counts 59 - 67 — AS 11.46.482(a)(1), AS 11.16.100(2)(B)
Criminal Mischief in the Third Degree
Logan Bussa  -  023 - 031

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

INDICTMENT
State v. Logan Bussa, Case No. 3AN-S04-1580 CR
State v. Jason Delpriore, Case No. 3AN-S03-12839 CR
State v. Leticia Delpriore, Case No. 3AN-S04-1581 CR
Page 2 of 8

Exhibit A, State Indictment, Page 2 of 8

# THE GRAND JURY CHARGES:

## Counts 1-17

That on or between November 14, 2003, and December 5, 2003, at or near Anchorage in the Third Judicial District, State of Alaska, JASON MARTIN DELPRIORE, as principal and/or accomplice, entered or remained unlawfully in a dwelling with intent to commit the crime of theft in the following dwellings:

| Count No. | Date | Address | Victim |
|---|---|---|---|
| 1 | 11/14/03 | 20232 Old Cranberry Drive | Wild |
| 2 | 11/21/03 | 17342 Rachel Avenue | McClanthen |
| 3 | 11/25/03 | 18736 Citation Road | Thorns |
| 4 | 11/25/03 | 15433 Husky Street  15443 | Hahn |
| 5 | 11/25/03 | 17607 Almdale Avenue | Jorgensen |
| 6 | 11/25/03 | 19730 Citation Road | Downes |
| 7 | 12/02/03 | 22753 Columbia Glacier Loop | Juback |
| 8 | 12/02/03 | 22423 Columbia Glacier Loop | Singleton |
| 9 | 12/02/03 | 24560 Jem Circle | Burmeister |
| 10 | 12/04/03 | 25212 Crystal Creek | Fussner |
| 11 | 12/04/03 | 25865 Louinda Circle | Ziots |
| 12 | 12/04/03 | 11612 Banff Street | Raught |
| 13 | 12/04/03 | 22505 Glacier View Drive | Levinson |
| 14 | 12/04/03 | 23118 Myrtle Drive | Volk |
| 15 | 12/05/03 | 21207 Riverpark Drive | McCulley |
| 16 | 12/05/03 | 7039 Waterfall Drive | Sobottka |
| 17 | 12/05/03 | 7360 Waterfall Drive | Runyon |

All of which is a class B felony offense being contrary to and in violation of AS 11.46.300(a)(1), AS 11.16.100(2)(B), and against the peace and dignity of the State of Alaska.

## Counts 18-32

That on or between November 14, 2003, and December 5, 2003, at or near Anchorage in the Third Judicial District, State of Alaska, LOGAN FRANK BUSSA, as principal and/or accomplice, entered or remained unlawfully in a dwelling with intent to commit the crime of theft in the following dwellings:

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

Exhibit A, State Indictment, Page 3 of 8

| Count No. | Date | Address | Victim |
|---|---|---|---|
| 18 | 11/21/03 | 17342 Rachel Avenue | McClanthen |
| 19 | 11/25/03 | 18736 Citation Road | Thorns |
| 20 | 11/25/03 | 15433 Husky Street  15443 | Hahn |
| 21 | 11/25/03 | 17607 Almdale Avenue | Jorgensen |
| 22 | 12/02/03 | 22753 Columbia Glacier Loop | Juback |
| 23 | 12/02/03 | 22423 Columbia Glacier Loop | Singleton |
| 24 | 12/02/03 | 24560 Jem Circle | Burmeister |
| 25 | 12/04/03 | 25212 Crystal Creek | Fussner |
| 26 | 12/04/03 | 25865 Louinda Circle | Ziots |
| 27 | 12/04/03 | 11612 Banff Street | Raught |
| 28 | 12/04/03 | 22505 Glacier View Drive | Levinson |
| 29 | 12/04/03 | 23118 Myrtle Drive | Volk |
| 30 | 12/05/03 | 21207 Riverpark Drive | McCulley |
| 31 | 12/05/03 | 7039 Waterfall Drive | Sobottka |
| 32 | 12/05/03 | 7360 Waterfall Drive | Runyon |

All of which is a class B felony offense being contrary to and in violation of AS 11.46.300(a)(1), AS 11.16.100(2)(B), and against the peace and dignity of the State of Alaska.

### Count 33

That on or about December 7, 2003, at or near Anchorage in the Third Judicial District, State of Alaska, LETICIA DELPRIORE committed the crime of theft by receiving and the value of the property or services was $500 or more.

All of which is a class C felony offense being contrary to and in violation of AS 11.46.130(a)(1), AS 11.46.190, and against the peace and dignity of the State of Alaska.

### Count 34

That on or between November 14, 2003, and December 5, 2003, at or near Anchorage in the Third Judicial District, State of Alaska, JASON MARTIN DELPRIORE, as principal and/or accomplice, committed the crime of theft and the value of the property or services was $500 or more.

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

INDICTMENT
State v. Logan Bussa, Case No. 3AN-S04-1580 CR
State v. Jason Delpriore, Case No. 3AN-S03-12839 CR
State v. Leticia Delpriore, Case No. 3AN-S04-1581 CR
Page 4 of 8