All of which is a class C felony offense being contrary to and in violation of AS 11.46.130(a)(1), AS 11.16.100(2)(B) and against the peace and dignity of the State of Alaska.

### Count 35

That on or between November 14, 2003, and December 5, 2003, at or near Anchorage in the Third Judicial District, State of Alaska, LOGAN FRANK BUSSA, as principal and/or accomplice, committed the crime of theft and the value of the property or services was $500 or more.

All of which is a class C felony offense being contrary to and in violation of AS 11.46.130(a)(1), AS 11.16.100(2)(B), and against the peace and dignity of the State of Alaska.

### Counts 36-42

That on or between November 14, 2003, and December 5, 2003, at or near Anchorage in the Third Judicial District, State of Alaska, JASON MARTIN DELPRIORE, as principal and/or accomplice, committed the crime of theft and the property was a firearm or an explosive from the following dwellings:

| Count No. | Date | Address | Victim |
|---|---|---|---|
| 36 | 11/14/03 | 20232 Old Cranberry Drive | Wild |
| 37 | 11/25/03 | 15433 Husky Street  15443 | Hahn |
| 38 | 11/25/03 | 17607 Almdale Avenue | Jorgensen |
| 39 | 11/25/03 | 19730 Citation Road | Downes |
| 40 | 12/02/03 | 24560 Jem Circle | Burmeister |
| 41 | 12/05/03 | 21207 Riverpark Drive | McCulley |
| 42 | 12/05/03 | 7039 Waterfall Drive | Sobottka |

All of which is a class C felony offense being contrary to and in violation of AS 11.46.130(a)(2), AS 11.16.100(2)(B) and against the peace and dignity of the State of Alaska.

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

INDICTMENT
State v. Logan Bussa, Case No. 3AN-S04-1580 CR
State v. Jason Delpriore, Case No. 3AN-S03-12839 CR
State v. Leticia Delpriore, Case No. 3AN-S04-1581 CR
Page 5 of 8

Exhibit A, State Indictment, Page 5 of 8

**Counts 43-48**

That on or between November 14, 2003, and December 5, 2003, at or near Anchorage in the Third Judicial District, State of Alaska, LOGAN FRANK BUSSA, as principal and/or accomplice, committed the crime of theft and the property was a firearm or an explosive from the following dwellings:

| Count No. | Date | Address | Victim |
|---|---|---|---|
| 43 | 11/25/03 | 15433 Husky Street  15443 | Hahn |
| 44 | 11/25/03 | 17607 Almdale Avenue | Jorgensen |
| 45 | 11/25/03 | 19730 Citation Road | Downes |
| 46 | 12/02/03 | 24560 Jem Circle | Burmeister |
| 47 | 12/05/03 | 21207 Riverpark Drive | McCulley |
| 48 | 12/05/03 | 7039 Waterfall Drive | Sobottka |

All of which is a class C felony offense being contrary to and in violation of AS 11.46.130(a)(2), AS 11.16.100(2)(B), and against the peace and dignity of the State of Alaska.

**Counts 49 - 58**

That on or between November 14, 2003, and December 5, 2003, at or near Anchorage in the Third Judicial District, State of Alaska, JASON MARTIN DELPRIORE, as principal and/or accomplice, having no right to do so or any reasonable ground to believe the defendant had such a right, and with intent to damage property of another, damaged property of another in an amount of $500 or more for the following dwellings:

| Count No. | Date | Address | Victim |
|---|---|---|---|
| 49 | 11/14/03 | 20232 Old Cranberry Drive | Wild |
| 50 | 11/25/03 | 18736 Citation Road | Thorn |
| 51 | 11/25/03 | 15433 Husky Street  15443 | Hahn |
| 52 | 12/02/03 | 22753 Columbia Glacier Loop | Juback |
| 53 | 12/02/03 | 24560 Jem Circle | Burmeister |
| 54 | 12/04/03 | 25865 Louinda Circle | Ziots |
| 55 | 12/04/03 | 22505 Glacier View Drive | Levinson |
| 56 | 12/04/03 | 23118 Myrtle Drive | Volk |

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

INDICTMENT
State v. Logan Bussa, Case No. 3AN-S04-1580 CR
State v. Jason Delpriore, Case No. 3AN-S03-12839 CR
State v. Leticia Delpriore, Case No. 3AN-S04-1581 CR
Page 6 of 8

| Count No. | Date     | Address            | Victim   |
|-----------|----------|--------------------|----------|
| 57        | 12/05/03 | 7039 Waterfall Drive | Sobottka |
| 58        | 12/05/03 | 7360 Waterfall Drive | Runyon   |

All of which is a class C felony offense being contrary to and in violation of AS 11.46.482(a)(1), AS 11.16.100(2)(B), and against the peace and dignity of the State of Alaska.

## Counts 59 - 67

That on or between November 14, 2003, and December 5, 2003, at or near Anchorage in the Third Judicial District, State of Alaska, LOGAN FRANK BUSSA, as principal and/or accomplice, having no right to do so or any reasonable ground to believe the defendant had such a right, and with intent to damage property of another, damaged property of another in an amount of $500 or more to the following dwellings:

| Count No. | Date     | Address                     | Victim     |
|-----------|----------|-----------------------------|------------|
| 59        | 11/25/03 | 18736 Citation Road         | Thorn      |
| 60        | 11/25/03 | 15433 Husky Street  15443   | Hahn       |
| 61        | 12/02/03 | 22753 Columbia Glacier Loop | Juback     |
| 62        | 12/02/03 | 24560 Jemi Circle           | Burmeister |
| 63        | 12/04/03 | 25865 Louinda Circle        | Ziots      |
| 64        | 12/04/03 | 22505 Glacier View Drive    | Levinson   |
| 65        | 12/04/03 | 23118 Myrtle Drive          | Volk       |
| 66        | 12/05/03 | 7039 Waterfall Drive        | Sobottka   |
| 67        | 12/05/03 | 7360 Waterfall Drive        | Runyon     |

All of which is a class C felony offense being contrary to and in violation of AS 11.46.482(a)(1), AS 11.16.100(2)(B) and against the peace and dignity of the State of Alaska.

INDICTMENT
State v. Logan Bussa, Case No. 3AN-S04-1580 CR
State v. Jason Delpriore, Case No. 3AN-S03-12839 CR
State v. Leticia Delpriore, Case No. 3AN-S04-1581 CR
Page 7 of 8

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

DATED this 20th day of February, 2004, at Anchorage, Alaska.

A true bill

_David W. Karp_  
Grand Jury Foreperson

_Pat Hanley_  
J. Patrick Hanley  
Assistant District Attorney  
Alaska Bar No. 9811055

**WITNESSES EXAMINED BEFORE THE GRAND JURY:**

Betsy Wild, Justin McClanthen, Gregory Thorns, Rob Hahn, Brad Jorgensen, Donna Downes, Pam Juback, Rosalyn Singleton, Richard Burmeister, Larry Fussner, Sonya Ziots, Francis Raught, Richard Volk, Officer Tim McCulley #978, George Sobottka, Donald Gott, Christopher Otto, Roy Brown, Eileen Levinson, and Robert Runyon, Detective Helen Rhea, #803, Detective Sherri Price, #869

INDICTMENT  
State v. Logan Buss, Case No. 3AN-S04-1580 CR  
State v. Jason Delpriore, Case No. 3AN-S03-12839 CR  
State v. Leticia Delpriore, Case No. 3AN-S04-1581 CR  
Page 8 of 8