IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

FILED in the Trial Courts
State of Alaska, Third District

JUL 22 2004

Clerk of Trial Courts
By _____ Deputy

STATE OF ALASKA,

Plaintiff,

vs.

JASON MARTIN DELPRIORE,
Defendant.

DOB: 04/24/1982
ID No: 6931178
ATN: 108-131-904

Case No. 3AN-S03-12839-CR

## JUDGMENT AND ORDER OF COMMITMENT/PROBATION

Defendant has been convicted upon his no contest plea of:

Domestic Violence Offense Per AS 18.66.990(3) & (5) - NO

| Count | Date of Offense | Offense | Statute Violated |
|---|---|---|---|
| 2, 3, 7, 8, 10, 11, 12: | 11/14/03-12/05/03 | Burglary 1st Degree | AS 11.46.300(a)(1); AS 11.16.100(2)(B) |

And the following charges were dismissed:

| Count | Date of Offense | Offense |
|---|---|---|
| 1, 4, 5, 6, 9, 13, 14, 15, 16, 17 | 11/14/03-12/05/03 | Burglary 1st Degree |
| 34: | " " " | Theft 2nd Degree |
| 36-42: | " " " | Theft 2nd Degree of Firearms |
| 49-58: | " " " | Criminal Mischief 3rd Degree |

State of Alaska v. Jason Martin Delpriore
Case No. 3AN-03-12839-CR
Page 1 of 5

Crim. R. 32

AS 12.55.090-.110

App. R. 215

Defendant came before the court on 07/22/2004 with counsel, John Murtagh, Assistant Public Defender, and the District Attorney present.

IT IS ORDERED that the defendant is hereby committed to the care and custody of the Commissioner of the Department of Corrections for the following period(s): CTS 2, 3, 7, 8, 10, and 11: 8 years/4 years suspended (each count to run concurrently) CT 12: 8 years/4 years suspended (3 years consecutive and 1 year concurrent to other counts)

The sentence is:

__X__ all or partially presumptive. The defendant is ineligible for parole, except as provided in AS 33.16.090(b) and (c).

____ non-presumptive. The defendant is eligible for parole.

IT IS ORDERED that the defendant is fined $ 0 with $         suspended. The unsuspended $       is to be paid by SURCHARGE. IT IS ORDERED that the defendant pay the following surcharge within 10 days

| Count | Surcharge Amount |
|---|---|
|  | $100.00 |

Upon application, the court may allow a defendant who is unable to pay the surcharge required, perform community work service under AS 12.55.055(c) in lieu of the surcharge.

DNA IDENTIFICATION. If this conviction is for a "crime against a person" as defined in AS 44.41.035(j), or a felony under AS 11 or AS 28.35, the defendant is ordered to provide samples for DNA Registration System when requested to do so by a health care professional acting on behalf of the state and to provide oral samples when requested by a correctional, probation, parole of peace officer. AS 12.55.015(h).

IT IS ORDERED that after serving any term of incarceration imposed, the defendant is placed on probation under the following conditions:

GENERAL CONDITIONS OF PROBATION

State of Alaska v. Jason Martin Delpriore
Case No. 3AN-03-12839-CR
Page 2 of 5

Crim. R. 32

AS 12.55.090-.110

App. R. 215

1. Report to the Department of Corrections Probation office on the next business day following the date of sentencing, or, if time is to be served prior to probation, report to the Department of Corrections Probation Office on the next business day following release from an institution

2. Secure the prior written permission of a probation officer of the Department of Corrections before changing employment or residence or leaving the region of residence to which assigned.

3. Make a reasonable effort to secure and maintain steady employment. Should you become unemployed, notify a probation officer of the Department of Corrections as soon as possible.

4. Report in person between the first day and the tenth day of each month, or as otherwise directed, to your assigned officer of the Department of Corrections. Complete in full a written report when your probation officer is out of the office to insure credit for that visit. You may not report by mail unless you secure prior permission to do so from your probation officer.

5. At no time have under your control a concealed weapon, a firearm, or a switchblade or gravity knife.

6. Do not knowingly associate with a person who is on probation or parole or a person who has a record of a felony conviction unless prior written permission to do so has been granted by a probation officer of the Department of Corrections.

7. Make a reasonable effort to support your legal dependents.

8. Do not consume intoxicating liquor to excess.

9. Comply with all municipal, state and federal laws.

10. Report all purchases, sales and trades of motor vehicles belonging to you, together with current motor vehicle license numbers for those vehicles, to your probation officer.

11. Upon the request of a probation officer, submit to a search of your person, personal property, residence of any vehicle in which you may be found for the presence of contraband.

State of Alaska v. Jason Martin Delpriore  
Case No. 3AN-03-12839-CR     Crim. R. 32  
Page 3 of 5  
Exhibit B, State Judgment, Page 3 of 6  
AS 12.55.090-.110  
App. R. 215

12. Abide by any special instructions given by the court or any of its duly authorized officers, including probation officers of the Department of Corrections.

## SPECIAL CONDITIONS OF PROBATION

1. No contact with victims.
2. No contact with co-defendants.
3. No contact with Eric Carlson.
4. Complete a substance abuse evaluation and follow recommendations.
5. Not to Possess or use controlled substance.
6. Comply with any search of person or property.
7. Restitution schedule to be submitted by the District Attorney within 90 days.

THE PROBATION HEREBY ORDERED EXPIRES: 7 years.

Any appearance bond in this case is:
___ exonerated.
___ exonerated when defendant reports to the jail to serve the sentence.

Effective date: 07/22/2004

_R. Volland_
Phillip Volland
Superior Court Judge

State of Alaska v. Jason Martin Delpriore
Case No. 3AN-03-12839-CR        Crim. R. 32        AS 12.55.090-.110

## NOTICE TO DEFENDANT

You are advised that according to the law, the court may at any time revoke your probation for cause or modify the terms or conditions of your probation. You are subject to arrest by a probation officer with or without a warrant if the officer has cause to believe that you have violated a condition of your probation. You are further advised that it is your responsibility to make your probation officer aware of your adherence to all conditions of probation set forth above.

<u>Sentence Appeal</u>. If you are ordered to serve more than two years in jail, you may appeal the sentence to the Court of Appeals on the ground that it is excessive. Your appeal must be filed within 30 days of the date of distribution stated below. If you are sentenced to serve two years or less in jail, you may seek review of your sentence by filing a petition for review in the Supreme Court. To do this, you must file a notice of intent to file a petition for sentence review within 10 days of the date of distribution stated below. See Appellate Rules 215 and 403(h) for more information on time limits, procedures and possible consequences of seeking review of your sentence.

___ REGISTRATION REQUIREMENT. Because you have been convicted of one of the offenses listed in AS 12.63.100, you must register as described in the attached form (CR-471, Sex Offender and Child Kidnapper Registration Requirements).

I certify that on __8/13/04__ a copy of this judgment was sent to:

✓ Skidmore
✓ Murtagh
✓ DOC

I certify that on __8-23-04__ a copy of this judgment was sent to:

✓ Jail        ___ Probation Officer
___ DOC       ___ DPS-Juneau
✓ Data        ✓ DPS-Fingerprint Sec.
___ Term.     ___ Defendant,
___ Off. Loc.      through _____
___ Exhibit Clerk

___ Collections Unit

State of Alaska v. Jason Martin Delpriore
Case No. 3AN-03-12839-CR
Page 5 of 5

Crim. R. 32

AS 12.55.090-.110

App. R. 215

Exhibit B, State Judgment, Page 5 of 6

No VRA Screening Necessary

# FINGERPRINT VERIFICATION ATTACHMENT TO JUDGMENT

CASE NO. 3AN-S03-12839 CR

☐ District Court   ☒ Superior Court at Anchorage, Alaska

Plaintiff: STATE OF ALASKA

Defendant: Jason Delpriore
4-24-82 D.O.B.

**FILED IN OPEN COURT**
7-2

Send original along with a copy of the judgment to:

> Department of Public Safety
> Alaska Automated Fingerprint Identification Section
> 5700 E. Tudor Road
> Anchorage, AK 99507

Keep copy in court file.

| LEFT THUMB | RIGHT THUMB |
|---|---|
| [fingerprint] | [fingerprint] |

_Jason Delpriore_
Defendant's Signature

Mailing Address

City      State      ZIP

7-22-04
Date

_[signature]_ CSO
Witness (Signature and Title)

CR-490 (11/94)(cs)

Exhibit B, State Judgment, Page 6 of 6