DEBORAH M. SMITH
Acting United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:05-cr-00057-JKS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | UNITED STATES SENTENCING |
| JASON DELPRIORE, | ) | MEMORANDUM |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SUMMARY OF SENTENCING RECOMMENDATIONS

**TERM OF IMPRISONMENT** . . . . . . . . . . . . . . . . . . . . . . . **30 MONTHS**

**TERM OF SUPERVISED RELEASE** . . . . . . . . . . . . . . . . . . . **3 YEARS**

**FINE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$0.00**

**SPECIAL ASSESSMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$200.00**

The United States Probation Office [USPO] has prepared the presentence report [PSR] in this case and the United States does not dispute the factual findings the USPO has made.  The United States will rely upon the factual statements in the PSR in making its sentencing recommendations.

Following his pleas of guilty, the defendant stands convicted of one count of felon in possession, in violation of 18 U.S.C. § 922(g), and one count of possession of a stolen firearm.   The USPO has recommended the court find the defendant's total adjusted base offense level for the counts of conviction to be 15 and that, with the defendant's criminal history category classification of III, the defendant's sentence range to be between 24 and 30  months of imprisonment.

The USPO has accurately assessed the information the United States developed as part of its investigation in this matter and has accurately set forth in the PSR the background information of the defendant's criminal activities throughout his life.

In accordance with the U.S.S.G. and the sentencing factors set forth in 18 U.S.C. § 3553, the United  States recommends a  sentence 30 months of imprisonment to run concurrent e to the undischarged term the defendant is currently serving following his convictions by the State of Alaska for Burglary in

the 1st degree, which was imposed in case 3AN S03-12839 CR, a special

assessment of $200.00, and a term of 3 years supervised release. This sentence

will adequately address not only the United States Sentencing Commission

Guideline concerns but also those contained in 18 U.S.C. § 3553. The United

States recommends a lengthy term of imprisonment for this defendant because of

his lengthy criminal record that evidences not only his involvement in stealing

property and firearms, but also his history for violence. The United States does

agree that the criminal conduct for which he now stands most recently convicted in

federal court was intertwined with the criminal conduct that resulted in his State

//

//

of Alaska convictions for burglary.  Therefore, the court does have the discretion to

impose a concurrent term of imprisonment.

      RESPECTFULLY SUBMITTED this day, March 1, 2006, in

Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2006,
a copy of the foregoing  was served
electronically on:

Sue Ellen Tatter
Asst. Federal Public Defender

s/ Stephan A. Collins

UNITED STATES SENTENCING MEMORANDUM
U.S. v. DELPRIORE
3:05-cr-00057-JKS