Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON MARTIN DELPRIORE,<br><br>    Defendant. | NO. A05-0057 CR (JKS)<br><br>**NOTICE OF FILING LETTER**<br><br>**(Filed on Shortened Time)** |

The defendant, JASON MARTIN DELPRIORE, through counsel, hereby gives notice of filing his attached letter to Judge Singleton in aid of sentencing set for March 8, 2006.

DATED at Anchorage, Alaska this 7th day of March 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:     907-646-3400
Fax:          907-646-3480
E-Mail:    sue_ellen_tatter@fd.org

<u>Certification</u>:
I certify that on March 7, 2006,
a copy of *Notice of Filing Letter*
was served electronically on:

Stephan A. Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Patty Wong
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


<u>s/Sue Ellen Tatter</u>