Dear Judge Singleton:

I am writing this letter to you freely and on my own accord. After reading the PSR, I find it difficult to deny the obvious facts. I did terrible things and have a significant amount of time to dwell on these mistakes of my past.

I take full responsibility for my actions and crimes I committed in the year of 2003. Now it is 2006, and I find myself coming before you and again, having to take responsibility for these same crimes.

Now two years later, I find myself being charged for those charges which I pled out to so that I wouldn't be charged for.

Your Honor, I am confused and to a point feel I am being treated unjustly by the government; the reason being I was not charged by the government when I was originally sentenced on these charges. In a plea-agreement, the state offered to dismiss the charges I am now being charged with by the federal government, in return for my plea of no contest. The federal government was well aware of this plea-agreement and had ample amount of time and opportunity to then charge and indict me for those charges that the state was dropping.

I am by no means trying to minimize nor contest the wrongdoings for which I am appearing before you. I only feel that I have been misled and am now pressured with having to deal with the same crimes, which in a sense, I have already pled out to. Is this not a form of delayed prosecution?

Since my incarceration on 12-07-03, I have put a lot of thought towards both, my past and future. I have made many poor and delinquent choices that have brought me to where I now sit. I am determined to take all the necessary steps towards my rehabilitation so that I may walk out of here a different and responsible individual.

I have two serious factors in my life which now motivate me into becoming a better man: My five year old son, whose life I'm determined to be a part of, and the recently found discovery that I have acquired the Hepatitis C disease.

This disease is a wake-up call for me I find I have only two choices in dealing with it: I can complicate and make the disease worse by continuing in the life-style I've led, or I can use this to benefit as a reinforcement in leading a healthy and responsible life. I have become more aware of my physical condition, working on diet, exercise and conditioning. I hope in doing so I will be able to live longer and enjoy parenting my son

and being the father I so desire to be. Your Honor, the latter is what I choose to do.

I can only ask that this letter I am presenting to you, Your Honor, be looked upon with all fairness of the court and that consideration be taken into the fact I have already served three years of a twelve year sentence.

My last request and hope, Your Honor is that you honor the recommendation of the prosecutor in running these additional charges concurrent with the sentence I am now serving.

                                                Sincerely,

                                                Jason Delpriore