Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JASON MARTIN DELPRIORE,<br><br>　　　　Defendant. | NO. A05-0057 CR (JKS)<br><br>**NOTICE OF APPEAL** |

　　　　Notice is hereby given that JASON MARTIN DELPRIORE appeals to the United States Court of Appeals for the Ninth Circuit from the:

　　　　( )　　Conviction only (Fed. R. Crim. P. 32(b))

　　　　( )　　Conviction and sentence

　　　　(X)　　Sentence only (18 U.S.C. § 3742)

　　　　Judgment was entered on this action on:＿＿March 14, 2006＿.

　　　　Sentence imposed:＿＿March 8, 2006＿＿＿＿＿＿＿＿＿＿.

　　　　Transcript required (yes or no):＿＿Yes＿＿＿.　　If yes, date ordered or to be ordered:＿03/09/06＿＿ (including arrangements for payment with court recorder).

DATED at Anchorage, Alaska this 14th day of March 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on March 14, 2006,
a copy of the *Notice of Appeal*
was served electronically on:

Stephan A. Collins
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Sue Ellen Tatter