UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
MAR 20 2006
FILED _____
DOCKETED _____
DATE   INITIAL

**CASE INFORMATION:**
Short Case Title: USA v Jason Martin Delpriore
Court of Appeals No. (leave blank if unassigned): **06-30174**
U.S. District Court Judge Name and Case No.: James K. Singleton, Jr. 3:05-cr-00057-jks
Date Complaint/Indictment/Petition Filed: 6/22/2005
Date Appealed Order/Judgment *entered*: 3/14/2006
Date NOA *filed*: 3/14/2006
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

RECEIVED
MAR 28 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Court Reporter(s) Name and Phone Number:  April Karper 907-677-6102
Caroline Edmiston 907-677-6103

Magistrate Judge's Order?  If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: _          Date Docket Fee billed: _
Date FP granted: _               Date FP denied: _
Is FP pending? _n_ yes/no        Was FP Limited/Revoked?
US Government Appeal?  _n_ yes/no
Companion Cases?  Please list: _

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION: (please include e-mail address and fax number)**

| Appellate Counsel: | Appellee Counsel: |
|---|---|
| **Sue Ellen Tatter** | **Stephan A. Collins** |
| Federal Public Defender's Agency | U.S. Attorney's Office |
| 550 W. 7th Avenue, Suite 1600 | 222 West 7th Avenue, #9 |
| Anchorage, AK 99501 | Anchorage, AK 99513 |
| 907-646-3400 | 907-271-5071 |

__retained   __CJA   _X_ FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _          Address: _
Custody: _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _         9th Circuit Docket Number: _

Name and phone number of person completing this form:  Dan Maus 907-677-6123