UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: September 29, 2006

To: United States Court of Appeals      ATTN: ( ) CIVIL
     For the Ninth Circuit
     Office of the Clerk                 (XX ) CRIMINAL
     95 Seventh Street
     San Francisco, California 94103          ( ) JUDGE

From: Robin Carter
     U.S. District Court
     222 W. 7th Ave., #4
     Anchorage, AK 99513

DC No: 3:05-cr-00057-JKS          Appeal No: 06-30174

Short title: USA v DELPRIORE

Composition of Record

Clerk's Files in __1__ volumes ( X ) original ( ) certified copy

     Bulky docs. ____ volumes, docket # _____
         (folders)

Reporter's in _____ volumes ( ) original ( ) certified copy
Transcripts

Exhibits:     in _____ envelopes ( ) under seal

         in _____ boxes ( ) under seal

Other: NOTE: Documents 19-32 are electronic and available through PACER
(Certified copy of ACMS and ECF dockets enclosed)

(please note any documents filed under seal)


Acknowledgement: _____ Date: _____


"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: September 29, 2006

To: United States Court of Appeals      ATTN: (  ) CIVIL
     For the Ninth Circuit
     Office of the Clerk      (XX ) CRIMINAL
     95 Seventh Street
     San Francisco, California 94103      (  ) JUDGE

From: Robin Carter
     U.S. District Court
     222 W. 7th Ave., #4
     Anchorage, AK 99513

DC No: 3:05-cr-00057-JKS      Appeal No: 06-30174

Short title: USA v DELPRIORE

Composition of Record

Clerk's Files in __1__ volumes   ( X ) original   (  ) certified copy

     Bulky docs. ____ volumes, docket # ____
         (folders)

Reporter's in ____ volumes   (  ) original   (  ) certified copy
Transcripts

Exhibits:   in ____ envelopes   (  ) under seal

         in ____ boxes   (  ) under seal

Other: NOTE: Documents 19-32 are electronic and available through PACER
(Certified copy of ACMS and ECF dockets enclosed)

(please note any documents filed under seal)


Acknowledgement: _____   Date: _____


"record.app" [11/21/97]

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: September 29, 2006

To: United States Court of Appeals      ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk      (XX ) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103      ( ) JUDGE

From: Robin Carter
    U.S. District Court
    222 W. 7th Ave., #4
    Anchorage, AK 99513

DC No: 3:05-cr-00057-JKS      Appeal No: 06-30174

Short title: USA v DELPRIORE

Composition of Record

Clerk's Files in __1__ volumes ( X ) original ( ) certified copy

    Bulky docs. ____ volumes, docket # _____
        (folders)

Reporter's in ____ volumes ( ) original ( ) certified copy
Transcripts

Exhibits:    in ____ envelopes ( ) under seal

        in ____ boxes ( ) under seal

Other: NOTE: Documents 19-32 are electronic and available through PACER
(Certified copy of ACMS and ECF dockets enclosed)

(please note any documents filed under seal)


Acknowledgement: _____ Date: _____


"record.app" [11/21/97]