UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>JASON MARTIN DELPRIORE,<br><br>Defendant - Appellant. | No. 06-30174<br>D.C. No. CR-05-00057-A-JKS<br><br>**JUDGMENT** |

RECEIVED
MAR 27 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Upon Petition for Review of a Decision of the

Board of Immigration Appeals

This cause came on to be heard on the Transcript of the Record from the Immigration and Naturalization Service and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this court that the petition for review of the said decision of the Board of Immigration Appeals in this cause be, and hereby is **AFFIRMED**.

Filed and entered 03/01/07



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 23 2007

by: _____
Deputy Clerk