FILED

MAR 01 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED

MAR 27 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> JASON MARTIN DELPRIORE, <br><br> Defendant - Appellant. | No. 06-30174 <br><br> D.C. No. CR-05-00057-A-JKS <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the District of Alaska
James K. Singleton, District Judge, Presiding

Submitted February 20, 2007**

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

Jason Martin Delpriore appeals from his 30-month sentence imposed for

being a felon in possession of a firearm and possession of a stolen firearm, in

---

\*   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*   This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

violation of 18 U.S.C. §§ 922(g)(1), 922(j), and 924(a)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Delpriore contends that the district court erred by failing to adjust his sentence downward pursuant to U.S.S.G. § 5G1.3(b). We disagree. Section 5G1.3(b) does not apply to Delpriore. *See* U.S.S.G. § 5G1.3 cmt. n. 2(A); *see also United States v. Fifield*, 432 F.3d 1056, 1061-63 (9th Cir. 2005), *cert. denied*, 126 S. Ct. 1937 (2006).

**AFFIRMED.**