**FILED**

**NOT FOR PUBLICATION**

MAR 01 2007

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RECEIVED

FOR THE NINTH CIRCUIT

APR 0 2 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | No. 06-30174 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00057-A-JKS |
| v. | |
| JASON MARTIN DELPRIORE, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
James K. Singleton, District Judge, Presiding

Submitted February 20, 2007**

Before:   BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

Jason Martin Delpriore appeals from his 30-month sentence imposed for

being a felon in possession of a firearm and possession of a stolen firearm, in

---

*   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

**  This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

violation of 18 U.S.C. §§ 922(g)(1), 922(j), and 924(a)(2). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Delpriore contends that the district court erred by failing to adjust his sentence downward pursuant to U.S.S.G. § 5G1.3(b). We disagree. Section 5G1.3(b) does not apply to Delpriore. *See* U.S.S.G. § 5G1.3 cmt. n. 2(A); *see also United States v. Fifield*, 432 F.3d 1056, 1061-63 (9th Cir. 2005), *cert. denied*, 126 S. Ct. 1937 (2006).

**AFFIRMED.**

A TRUE COPY
ATTEST    5/24/07
CATHY A. CATTERSON
Clerk of Court
by: _____
Deputy Clerk